# EXHIBIT 1

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: LINDA HAWKINS**


alacourt:com

County: **31**   Case Number: **CV-2017-900195.00**   Court Action:

Style: **DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY**

Real Time

### Case

#### Case Information

| | | |
|---|---|---|
| County: **31-ETOWAH** | Case Number: **CV-2017-900195.00** | Judge: **DAK:DAVID A KIMBERLEY** |
| Style: **DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY** | | |
| Filed: **03/08/2017** | Case Status: **ACTIVE** | Case Type: **CONTRACT/EJMNT/SEIZU** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **1** | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **03/08/2017** | Updated By: **AJA** |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - SUMNERS DAVID

##### Party Information

| | | | |
|---|---|---|---|
| Party: **C001-Plaintiff** | Name: **SUMNERS DAVID** | | Type: **I-INDIVIDUAL** |
| Index: **D METROPOLITAN** | Alt Name: | Hardship: **No** | JID: **DAK** |
| Address 1: **330 TANT MUCH DAM ROAD** | | Phone: **(256) 000-0000** | |

| | | | | | |
|---|---|---|---|---|---|
| Address 2: | | | | | |
| City: | ALBERTVILLE | State: | AL | Zip: | 35950-0000  Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | ALL016 | | ALLENSTEIN MYRON KAY | MYRON@ALLENSTEIN.COM | (256) 546-6314 |

## Party 2 - Defendant BUSINESS - METROPOLITAN LIFE INSURANCE COMPANY

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | METROPOLITAN LIFE INSURANCE COMPANY | Type: | B-BUSINESS |
| Index: | C SUMNERS DAVI | Alt Name: | | Hardship: No | JID: DAK |
| Address 1: | 2 NORTH JACKSON STREET | | | Phone: | (256) 000-0000 |
| Address 2: | SUITE 605 | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000  Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: 03/08/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 03/13/2017 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $6.77 | $6.77 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $10.11 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV00 | C001 | 000 | $201.00 | $201.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $252.77 | $262.88 | -$10.11 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/08/2017 | CREDIT | CONV | 2017109 | 1728020 | $10.11 | C001 | 000 | | N | | | ERS |
| 03/08/2017 | RECEIPT | AOCC | 2017109 | 1728010 | $6.77 | C001 | 000 | | N | | | ERS |
| 03/08/2017 | RECEIPT | CV00 | 2017109 | 1728030 | $201.00 | C001 | 000 | | N | | | ERS |
| 03/08/2017 | RECEIPT | VADM | 2017109 | 1728040 | $45.00 | C001 | 000 | | N | | | ERS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 3/8/2017 | 3:40 PM | ECOMP | COMPLAINT E-FILED. | ALL016 |
| 3/8/2017 | 3:41 PM | FILE | FILED THIS DATE: 03/08/2017      (AV01) | AJA |
| 3/8/2017 | 3:41 PM | ASSJ | ASSIGNED TO JUDGE: DAVID A KIMBERLEY   (AV01) | AJA |
| 3/8/2017 | 3:41 PM | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | AJA |
| 3/8/2017 | 3:41 PM | EORD | E-ORDER FLAG SET TO "Y"    (AV01) | AJA |
| 3/8/2017 | 3:41 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | AJA |
| 3/8/2017 | 3:41 PM | ORIG | ORIGIN: INITIAL FILING    (AV01) | AJA |
| 3/8/2017 | 3:41 PM | EXPD | EXPEDITED STATUS DENIED    (AV01) | AJA |
| 3/8/2017 | 3:41 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | AJA |
| 3/8/2017 | 3:41 PM | C001 | C001 PARTY ADDED: SUMNERS DAVID    (AV02) | AJA |
| 3/8/2017 | 3:41 PM | C001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 3/8/2017 | 3:41 PM | C001 | LISTED AS ATTORNEY FOR C001: ALLENSTEIN MYRON KAY | AJA |
| 3/8/2017 | 3:41 PM | C001 | C001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 3/8/2017 | 3:41 PM | D001 | D001 PARTY ADDED: METROPOLITAN LIFE INSURANCE COMP | AJA |
| 3/8/2017 | 3:41 PM | D001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 3/8/2017 | 3:41 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | AJA |
| 3/8/2017 | 3:41 PM | D001 | CERTIFIED MAI ISSUED: 03/08/2017 TO D001   (AV02) | AJA |
| 3/8/2017 | 3:41 PM | D001 | D001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 3/9/2017 | 9:14 AM | ESCAN | SCAN - FILED 3/9/2017 - CERTIFIED MAIL | ERS |
| 3/10/2017 | 9:39 AM | C001 | CASE ACTION SUMMARY PRINTED    (AV02) | PAP |
| 3/17/2017 | 12:26 PM | ESERC | SERVICE RETURN | PAM |
| 3/17/2017 | 12:26 PM | D001 | SERVICE OF CERTIFIED MAI ON 03/13/2017 FOR D001 | PAP |

END OF THE REPORT

DOCUMENT 1

ELECTRONICALLY FILED
3/8/2017 3:40 PM
31-CV-2017-900195.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93 Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 31<br><br>Date of Filing:<br>03/08/2017 | Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
DAVID SUMNERS v. METROPOLITAN LIFE INSURANCE COMPANY

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☑ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ALL016    3/8/2017 3:40:11 PM   /s/ MYRON KAY ALLENSTEIN
                             Date                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

DOCUMENT 2

ELECTRONICALLY FILED
3/8/2017 3:40 PM
31-CV-2017-900195.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| DAVID SUMNERS, | * |
| Plaintiff, | * |
| v. | * Case Number: _____ |
| METROPOLITAN LIFE INSURANCE CO., | * |
| Defendant | * |

## COMPLAINT

### Count I – LTD Benefits

1. Plaintiff, age 56, has long term disability protection by an insurance contract with Metropolitan Life Insurance Company through his employment with Metropolitan Life Insurance Company which pays benefits if he becomes disabled.

2. Plaintiff is disabled and entitled to long term disability benefits from Metropolitan Life Insurance Company.

3. Plaintiff applied for long term disability benefits which were denied on March 11, 2016.

4. Defendant issued a final denial on February 2, 2017.

5. Plaintiff has exhausted all administrative remedies.

6. This claim is pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate equitable relief including benefits, attorney fees and costs which are less than $30,000.

_____
MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL 35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com



AlaFile E-Notice

31-CV-2017-900195.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY
31-CV-2017-900195.00

The following complaint was FILED on 3/8/2017 3:40:33 PM

Notice Date:    3/8/2017 3:40:33 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

Case 4:17-cv-00585-VEH   Document 1-1   Filed 04/11/17   Page 8 of 13



AlaFile E-Notice

31-CV-2017-900195.00

To: METROPOLITAN LIFE INSURANCE COMPANY
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY
31-CV-2017-900195.00

The following complaint was FILED on 3/8/2017 3:40:33 PM

Notice Date:   3/8/2017 3:40:33 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | 31-CV-2017-900195.00 |
| Form C-34  Rev 6/88 | | |

IN THE CIRCUIT COURT OF ETOWAH COUNTY
DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY

NOTICE TO  METROPOLITAN LIFE INSURANCE COMPANY, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MYRON KAY ALLENSTEIN
WHOSE ADDRESS IS 141 S. 9TH STREET, GADSDEN, AL 35901

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   DAVID SUMNERS
pursuant to the Alabama Rules of the Civil Procedure

Date  3/8/2017 3:40:33 PM      /s/ CASSANDRA JOHNSON
                               Clerk/Register
                               801 FORREST AVENUE
                               SUITE 202
                               GADSDEN, AL 35901

☑ Certified Mail is hereby requested      /s/ MYRON KAY ALLENSTEIN
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____ (Date)

_____        _____        _____
Date                   Server's Signature     Address of Server

_____        _____        _____
Type of Server         Server's Printed Name  Phone Number of Server

DOCUMENT 5



## NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY

31-CV-2017-900195.00

To: CLERK ETOWAH
clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.77

Parties to be served by Certified Mail - Return Receipt Requested

METROPOLITAN LIFE INSURANCE COMPANY         Postage: $6.77
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

See Reverse for Instructions



31-CV-2017-900195.00

Judge: DAVID A KIMBERLEY

AlaFile E-Notice

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

DAVID SUMNERS V. METROPOLITAN LIFE INSURANCE COMPANY
31-CV-2017-900195.00

The following matter was served on 3/13/2017

**D001 METROPOLITAN LIFE INSURANCE COMPANY**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

DOCUMENT 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Metropolitan Life Insurance Company
2 North Jackson Street
Suite 605
Montgomery, AL 36104
CV-2017-900195 DAK S&C

9590 9402 2419 6249 2236 57

2. Article Number (Transfer from service label)

7013 1710 0000 7880 8355

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Payne
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
3.13.19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
MAR 17 2017
CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

DOCUMENT 6

USPS TRACKING #
MONTGOMERY

9590 9402 2419 6249 2236 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901

